## UNITED STATES DISTRICT COURT FOR THE
## NORTHER DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICIA ROTHLEITNER | * | |
| 10304 Princeton Circle | | |
| Ellicott City, Maryland 21042 | * | |
| | | |
| and | * | |
| | | |
| MARK ROTHLEITNER | * | Civil Action No. |
| 10304 Princeton Circle | | |
| Ellicott City, Maryland 21042 | * | |
| | | |
| Plaintiffs | | |
| v. | * | |
| | | |
| NORDSTROM, INC. | * | |
| 1501 Fifth Avenue | | |
| Seattle, Washington 20815 | * | |
| | | |
| SERVE ON: | * | |
| Corporate Creations Network, Inc. | | |
| 2 Wisconsin Circle, Suite 700 | * | |
| Chevy Chase, Maryland 20815 | | |
| | * | |
| Defendant | | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**COMPLAINT AND ELECTION FOR JURY TRIAL**

Now comes the Plaintiffs, Patricia Rothleitner and Mark Rothleitner, by and through their attorneys, Ellen B. Flynn, and Flynn Law Group, LLC, and sue the Defendant Nordstrom, Inc., and in support thereof states as follows:

**JURISDICTION**

1. Jurisdiction is proper based on diversity, pursuant to 28 USC §1332(a), because all parties are from different states and the amount in controversy is in excess of $75,000.00 exclusive of costs and attorneys' fees.

2. The Plaintiff, Patricia Rothleitner, is an adult citizen of Maryland, residing at 10304 Princeton Circle, Ellicott City, Maryland.

3. The Plaintiff, Mark Rothleitner, is an adult citizen of Maryland residing at 10304 Princeton Circle, Ellicott City, Maryland. At all times relevant hereto, Patricia and Mark Rothleitner were husband and wife.

4. The Defendant, Nordstrom, Inc. is a foreign corporation organized and existing under the laws of the State of Washington, with its principal place of business and corporate headquarters at 1501 Fifth Avenue, Seattle, Washington 98101, and doing business in the State of Maryland, and is in the business of selling retail merchandise and providing restaurant service in the Nordstrom Café to the public.

## FACTS COMMON TO ALL COUNTS

5. The Plaintiffs incorporates repeats, reallege, adopt and incorporate by reference paragraphs 1 through 4 of this Complaint as though fully set forth herein.

6. On or about March 16, 2018, Plaintiff Patricia Rothleitner, was a business invitee at the Nordstrom Café located in the Nordstrom at the Towson Town Center, 825 Dulaney Valley Road, Towson, Maryland 21204.

7. Defendant Nordstrom Inc. owns and operates the Nordstrom and Nordstrom Café at the Towson Town Center.

8. Ms. Rothleitner was a customer of the Nordstrom Café sitting at a table by herself with her back facing the aisle where servers and customers walked.

9. Unbeknownst to Ms. Rothleitner, a Nordstrom Café server employee was holding a large tray stacked with dishes behind her as he recklessly joked and flirted with some other customers at an adjacent table, causing him to lose control of the tray and smashing it and a stack of dishes into the back of Ms. Rothleitner's head.

10. Ms. Rothleitner felt like she had been hit in the head with a sledge hammer, was dazed and confused by the blow to her head, and cried while she waited for paramedics.

11. After approximately 30 minutes of holding ice packs to her head, Ms. Rothleitner incorrectly believed she was going to be OK, and decided to go home.

12. On her way out of the Nordstrom Café, Ms. Rothleitner was told by other patrons that the Nordstrom Café server had been flirting and goofing around while holding the large tray of dishes behind her.

13. On the way out of the Nordstrom store, she felt dizzy, and lost her balance causing a vase to fall and break.

## COUNT I
## (NEGLIGENCE)

14. The Defendant, Nordstrom Inc, by and through its agents, servants and employees, owed a duty to the Plaintiff to exercise that degree of care, skill and judgment ordinarily expected in a service restaurant, to safely and carefully perform their duties to transport dishes and heavy trays while serving in the restaurant, and to perform adequate and appropriate training and supervision of employees performing these duties.

15. The Defendant breached its duty in that it and its employees failed to properly supervise, train, and perform their duties, failed to ensure that plates were

removed and dispensed in a safe and stable manner that did not jeopardize the safety of business invitees, failed to adequately staff, train and supervise its employees on the importance of safely removing trays of plates, and was otherwise negligent.

16. As a direct and proximate result of the Defendant's negligence, which was caused solely by the Defendant and its agents and employees, a tray full of heavy plates fell into the back of Plaintiff's head, causing her to sustain serious and permanent physical injuries, including but not limited to traumatic brain injury, causing her to suffer great physical and mental anguish, medical expenses, lost wages and other expenses incidental to the damage arising out of this occurrence.

17. Plaintiff further alleges that all of these injuries and damages were caused by the negligent acts and omissions of the Defendant, without any negligence or want of due care on the part of the Plaintiff thereunto contributing.

WHEREFORE, the Plaintiff demands judgment against Defendant Nordstrom Inc. in the amount of Two Million Dollars ($2,000,000.00).

### COUNT II
### (Loss of Consortium)

The Plaintiffs, repeat, reallege, adopt and incorporate by reference paragraphs 1 through 17 of this Complaint as though fully set forth herein, and in this separate and distinct cause of action, state:

18. The Plaintiffs, Patricia and Mark Rothleitner, aver that they are, and were for all times complained of, husband and wife.

19. The Plaintiffs further aver that, as a direct and proximate result of the acts and omissions of the Defendant, individually and through its real, apparent and/or

ostensible agents, servants and/or employees, they did suffer and sustain injury, damage and disturbance to their marital relationship and that they were deprived, each from the other, of normal and customary services, society, companionship, affection, assistance, and conjugal relationships, and that the same were thereby interfered with, diminished and destroyed.

20. The Plaintiffs further aver that all of their injuries, damages and losses complained of, past, present and prospective, were and are due to the negligent acts and omissions of the Defendant, individually and through their real, apparent and/or ostensible agents, servants and/or employees, without any negligence on the part of the Plaintiffs contributing thereto.

WHEREFORE, this claim is brought by the Plaintiffs, Patricia and Mark Rothleitner, against the Defendant, Nordstrom, Inc. for loss of consortium in an amount in excess of $1,000,000, together with costs, attorneys' fees and such other and further relief as justice requires.

## JURY DEMAND

Plaintiffs Patricia and Mark Rothleitner respectfully request a trial by jury on all counts.

Respectfully Submitted,

_____/s/_____
Ellen B. Flynn, 13800
(CPF#9706250138)
eflynn@eflynnlaw.com
Flynn Law Group, LLC
300 E. Lombard Street, Suite 840
Baltimore, Maryland 21202
240-856-2778

*Attorney for Plaintiffs*